JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO TAPIA, an individual, and on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>MACY'S, INC.; MACY'S WEST STORES, INC.; BLOOMINGDALE'S, INC.; BLOOMINGDALE'S, INC. dba FORTY CARROTS and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No.: 2:14-CV-05163-R-AGR<br><br>Hon. Manuel L. Real<br><br>**CLASS ACTION**<br><br>**JUDGMENT OF DISMISSAL**<br><br>Complaint Filed:  April 2, 2014<br>Removed:        July 2, 2014<br>Stayed:           October 22, 2014 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

JUDGMENT OF DISMISSAL
-4-

1  All matters in controversy herein arising from Plaintiff's wage and hour claims
2  having been resolved, it is hereby ORDERED that the stay entered on October 22,
3  2014, be lifted and that Plaintiff's Wage and Hour Complaint, Case No. 2:14-CV-
4  05163-R-AGR, and all causes of action alleged therein, be dismissed with prejudice,
5  with each party to bear their own costs and fees.

7  SO ORDERED this __14th__ day of __September__, 2016:

_____
Manuel L. Real,  United States District Judge